UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY YOUNG, JR. CIVIL ACTION

VERSUS

JEFF LANDRY, ET AL. NO. 26-00098-BAJ-RLB

## RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 6, the "Report")** recommending that the Court dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 6 at 5). The Report further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. (*Id.*). There are no objections to the Report.

After considering Plaintiff's Complaint (Doc. 1), the Report (Doc. 6), and the entirety of the record, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court shall decline to exercise supplemental jurisdiction over any potential state law claims.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 9th day of November, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**